# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

LARRY ROBERTSON (#250866)

VERSUS

JAMES LEBLANC, ET AL.

CIVIL ACTION

NO. 13-171-SDD-RLB

## RULING

The Court, after carefully considering the *Complaint*[1], the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Judge Richard L. Bourgeois, Jr., dated February 3, 2015, to which no objection has been filed, hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**, the Defendants' *Motion to Dismiss, or in the Alternative Motion for Summary Judgment*[3] is GRANTED, dismissing the Plaintiff's claims asserted against the remaining Defendants with prejudice, and this action is dismissed.

Baton Rouge, Louisiana the 3 day of March, 2015.

SHELLY D. DICK, DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 1.
[2] Rec. Doc. 28.
[3] Rec. Doc. 27.